# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HOWARD LARRY**                                                          **PLAINTIFF**

v.                    Case No. 4:08-cv-04159-BSM

**CITY OF ALTHEIMER; EFREM ELLIOT,**
**individually and in his official capacity; JAMES**
**WILLIAMS, individually and in his official capacity**        **DEFENDANTS**

## ORDER

Counsel for the plaintiff moves to nonsuit the complaint, stating that plaintiff has refused to participate in the proceedings and is not in contact with counsel. For cause show, the motion to nonsuit is GRANTED. This matter is DISMISSED without prejudice.

IT IS SO ORDERED THIS 1st day of June 2011.

_____
UNITED STATES DISTRICT JUDGE