## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HOWARD LARRY**                                                                 **PLAINTIFF**

v.                          Case No. 4:08-cv-04159-BSM

**CITY OF ALTHEIMER; EFREM ELLIOT,**
**individually and in his official capacity; JAMES**
**WILLIAMS, individually and in his official capacity**          **DEFENDANTS**

## JUDGMENT

Consistent with the ordered entered this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of June 2011.


_____
UNITED STATES DISTRICT JUDGE